James N. Darrah, Respondent, *v.* James Boys, Appellant.

(Argued January 25, 1892; decided February 9, 1892.)

Appeal from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made at the May term, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*J. M. Ferguson* for appellant.

*A. B. Carrington* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

Emma L. Shaw, Respondent, *v.* Winfield S. Shaw, Appellant.

(Argued January 25, 1892; decided February 9, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 13, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*E. H. Benn* for appellant.

*Abner C. Thomas* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.